IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERTO RODRIGUEZ,

        Petitioner,

  v.

ERIC HOLDER, et al.,

        Respondents.

No. C 13-mc-80268 RS

**ORDER DIRECTING CLERK TO FILE PROCEDURAL ORDER IN ACCORDANCE WITH GENERAL ORDER 61**

Petitioner brings this action to compel respondents to rule upon a naturalization. Petitioner did not clearly identify this action as an immigration mandamus case pursuant to General Order 61. Because it is such a case, the clerk is directed to file a procedural order in accordance with General Order 61.

IT IS SO ORDERED.

Dated: 11/27/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE