IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERTO RODRIGUEZ,

        Petitioner,

v.

ERIC HOLDER, et al.,

        Respondents.

No. C 13-mc-80268 RS

**ORDER DIRECTING PLAINTIFF TO REFILE CASE IN ACCORDANCE WITH GENERAL ORDER 61**

Petitioner brings this action to compel respondents to rule upon a naturalization petition. Petitioner did not clearly identify this action as an immigration mandamus case pursuant to General Order 61. Because it is such a case, petitioner is directed to refile this action as a regular civil matter in accordance with General Order 61 and the Civil Local Rules for the Northern District of California.

This order amends and supersedes the order issued earlier today directing the clerk to file a procedural order in accordance with General Order 61. (ECF No. 3).

IT IS SO ORDERED.

Dated: 11/27/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE